# The Alabama Court of Civil Appeals



NATHAN P. WILSON
CLERK

300 DEXTER AVENUE
MONTGOMERY, ALABAMA 36104-3741
TELEPHONE 334-229-0733

LYNN DEVAUGHN
ASSISTANT CLERK

July 19, 2024

CL-2023-0790

R.H. v. Chilton County Department of Human Resources (Appeal from Montgomery Circuit Court:  CV-22-900367).

## ORDER

You are hereby notified that the following action was taken in the above cause by the Court of Civil Appeals:

APPLICATION GRANTED; OPINION OF FEBRUARY 23, 2024, WITHDRAWN; MEMORANDUM SUBSTITUTED; AFFIRMED BY UNPUBLISHED MEMORANDUM.

Moore, P.J., and Edwards, Hanson, Fridy, and Lewis, JJ., concur.

Nathan P. Wilson, Clerk